UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA HAIGHT

v.                      CASE NO.  3:12 CV-1129 (VLB)

CREDIT MANAGEMENT CORPORATION
JOHN N. RICH

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendants stipulate that the complaint herein may be dismissed in accordance with the parties' settlement agreement, without costs or fees to any party.

THE PLAINTIFF

By__/s/ Joanne S. Faulkner___
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
(203) 772-0395

DEFENDANTS

By: _____/s/ Roger B. Calistro
Roger B. Calistro ct04491
Calistro & Airone LLC
442 Orange Street, Suite 202
New Haven, CT 06511
(203) 752-1200